# EXHIBIT 2



# Wire Transfer Request

Thank you for trusting ahli united bank

## Transaction Receipt

| | |
|---|---|
| **Confirmation** | 17 Oct 2023, 10:13 GMT+3 |
| **Reference Number** | **00010681737224108617842**<br>Use this number when speaking with a representative about this transaction. |

## Transaction Details

| | |
|---|---|
| **Sender** | NFHNEWFALCON |
| **Transaction Amount:** | 5,000,000USD |
| **Amount In Words** | Five Million USD Only. |
| **Source Account** | 0001******7001 |
| **Transaction Type** | Outbound Wire |
| **Receiver** | RENOVATIONS BUILDERS & DEV INC. |
| **Bank Name:** | CITIBANK NA- CITI |
| **Swift Code:** | CITIUS33 |
| **Account Number:** | 206783003 |
| **Routing Number:** | 322271724 |
| **Receiving Bank:** | CITIBANK NA |
| **Receiving Bank Address:** | 399 Park Avenue, New York, NY. 10043 USA |
| **Remarks** | 03351202927727495755074083719 26 |

Feedback